ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VII

| EL PUEBLO DE PUERTO RICO<br><br>Apelado<br><br>v.<br><br>ARÍSTIDES PÉREZ BASSAT<br><br>Apelante | KLAN202500385 | Apelación procedente del Tribunal de Primera Instancia, Sala de Mayagüez<br><br>Caso Núm.:<br>ISCR202400383<br>ISCR202400384<br><br>Sobre:<br>Art. 182 C.P. y Art. 204 C.P. |
| --- | --- | --- |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Ronda Del Toro y el Juez Pérez Ocasio

**Ronda Del Toro, Juez Ponente**

# SENTENCIA

En San Juan, Puerto Rico, 16 de junio de 2025.

El pasado 5 de junio de 2025, este Tribunal emitió una Resolución ordenando la consolidación de los recursos KLAN202500385 y KLAN202500391, conforme lo dispuesto en la Regla 17 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R.17.

No obstante, ahora la parte apelante, conforme nuestra Resolución del 14 de mayo de 2025, sobre esta doble radicación, acepta desistir del KLAN202500385 y mantener el KLAN202500391. Ello lo hace el apelante, por derecho propio, mediante Moción del 12 de junio de 2025.

Conforme lo antes indicado, se declara con lugar la solicitud de desistimiento, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 L.P.R.A. Ap. XXII-B, R. 83(A). Consecuentemente, se ordena el archivo definitivo de esta causa.

Número Identificador

SEN2025_____

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones